UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KELI D.,

              Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.
-------------------------------------------------------X

**CONSENT ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)**

1:23-cv-00765-DJS

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $6,279.37 (six thousand two hundred and seventy-nine dollars and thirty-seven cents) for attorney fees, and costs in the amount of $0.00 (zero dollars and zero cents) pursuant to 28 U.S.C. § 1920. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer his rights to EAJA fees to his attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this _____15_____ day of ___October___, 20_24_;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

_____
Daniel J. Stewart
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

           CARLA B. FREEDMAN
           United States Attorney
           Northern District of New York
           Attorney for Defendant

By: */s/ Fergus Kaiser*
      Fergus Kaiser
      Special Assistant U.S. Attorney
      Northern District of New York
      Office of Program Litigation, Office 2
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      (212) 264-2049
      Email: fergus.kaiser@ssa.gov

      KIRK & TEFF, LLP
      *Attorney for Plaintiff*

By: */s/ Drew Chisholm*
      Drew Chisholm
      Kirk & Teff, LLP
      10 Westbrook Lane
      P.O. Box 4466
      Kingston, NY 12402
      845-704-1036
      Fax: 845-338-2892
      Email: drew@kirkandteff.com